IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEANETTE DANIELS ANGLIN, et al., ) ) ) Plaintiffs, ) ) v. ) ) AGRI STATS, INC., et al., ) ) Defendants. ) | CASE NO. 2:26-cv-00054-BL |

## ORDER

Before the court is a Joint Motion to Extend Deadlines (Doc. 53) filed by the parties on February 11, 2026. Upon consideration, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED IN PART** such that all deadlines are stayed pending resolution of the forthcoming motion to remand. However, nothing herein shall be construed as altering any deadline applicable to filing the motion to remand itself. If necessary, the court will issue an order resetting appropriate deadlines upon resolution of the forthcoming motion to remand.

**DONE** and **ORDERED** on this the 12th day of February, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE