# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JEANETTE DANIELS ANGLIN, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| AGRI STATS, INC., et al., | ) | Civil Action No. 2:26-cv-00054 |
| Defendants. | ) | |
| | ) | |

## DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1
## AND M.D. ALA. LOCAL RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Middle District of Alabama, Plaintiffs state as follows:

1. All Plaintiffs in this action are natural persons.

2. Each Plaintiff is a citizen of the State of Alabama and domiciled in Barbour County.

3. None of the Plaintiffs are a corporation.

4. No additional persons or entities have a citizenship that is attributed to Plaintiffs for purposes of determining diversity jurisdiction.

Respectfully submitted this 13th day of February, 2026.

/s/ Christina D. Crow
Christina D. Crow (ASB-0637-C58C)
C. Elizabeth Littell (ASB-5342-L75L)
Kijana Mitchell (ASB-1664-T83A)
JINKS CROW, PC
219 N. Prairie Street
Union Springs, AL 36089
334-738-4225
christy.crow@jinkscrow.com
lisa.littell@jinkscrow.com
kijana.mitchell@jinkscrow.com

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Christina D. Crow
Christina D. Crow
Attorney for Plaintiffs