IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEANETTE DANIELS ANGLIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-00054 |
| AGRI STATS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT PECO FOODS, INC. ONLY**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss without prejudice all claims asserted against Defendant Peco Foods, Inc., only, each bearing their own costs.  Without waiver of their arguments in their motion to remand this action, Plaintiffs reserve the right to request that this Court, if the motion to remand is denied, or the Alabama state court, if the motion to remand is granted, convert this dismissal to with prejudice at a later date.

This Notice does not dismiss, affect, or otherwise alter Plaintiffs' claims against any remaining defendants in this action, and all claims against the remaining defendants remain pending.

Respectfully submitted this the 13th day of March, 2026.


/s/ *Christina D. Crow*
One of the attorneys for Plaintiffs

OF COUNSEL:

Christina D. Crow (ASB-0637-C58C)

C. Elizabeth Littell (ASB-5342-L75L)

Kijana Mitchell (ASB-1664-T83A)

**JINKS CROW, PC**

219 N. Prairie Street

Union Springs, AL 36089

334-738-4225

christy.crow@jinkscrow.com

lisa.littell@jinkscrow.com

kijana.mitchell@jinkscrow.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2026, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Christina D. Crow*

OF COUNSEL